```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**ROY JOE KAISER**                                                      **PLAINTIFF**

        v.        Civil No. 10-5138

**LT. CARTER, ET AL.**                                                  **DEFENDANT**

### O R D E R

NOW on this 22nd day of April, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 21), filed on March 31, 2011, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report and Recommendation of the Magistrate Judge** (Doc. 21), plaintiff's complaint is hereby **DISMISSED** for failure to prosecute and failure to comply with the court's orders pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                             /s/ Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**